In re Marc **ALIZON**, Francois Barre Sinoussi, Pierre Sonigo, Pierre Tiollais, Jean–Claude Chermann, LUC Montagnier, and Simon Wain–Hobson.

**No. 2006–1451.**

United States Court of Appeals, Federal Circuit.

Aug. 1, 2006.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPEAL

Based on the UNOPPOSED MOTION TO WITHDRAW APPEAL filed by counsel for petitioners Marc Alizon, Francois Barre Sinoussi, Pierre Sonigo, Pierre Tiollais, Jean–Claude Chermann, Luc Montagnier, and Simon Wain–Hobson,

IT IS HEREBY ORDERED THAT: the UNOPPOSED MOTION TO WITHDRAW APPEAL is hereby granted.